No. 17,054.

WEAR *v*. WRIGHT ET AL.
(264 P. [2d] 857)

Decided December 14, 1953.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Messrs. CHUTKOW & ATLER, for plaintiff in error.

Messrs. ALLEN & ALLEN, for defendants in error.